UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

                Case No. 16-20163amn

Terrence Hall

        Debtor              Chapter 13


**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

      Please take notice that Gary J. Greene, on behalf of **Hutton Capital Management, LLC**, a Creditor in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served in this case be given to and served upon the following:

Gary J. Greene, Esq.
Greene Law, P.C.
11 Talcott Notch Road
Farmington, CT 06032
bankruptcy@greenelawpc.com

      Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleading, motions, applications, complaints, demands, hearings, briefs in support of any of the foregoing, and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: February 8, 2016                Hutton Capital Management, LLC

                          By:   */s/ Gary J. Greene*
                                Gary J. Greene, Esq. (ct09039)
                                Greene Law, P.C.
                                11 Talcott Notch Rd.
                                Farmington, CT 06032
                                860.676.1336 (t)
                                860.676.2250 (f)
                                Its Attorney
                                bankruptcy@greenelawpc.com

## Certification of Service

      I hereby certify that on February 8, 2016, a copy of the foregoing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     */s/ Gary J. Greene*_____
                                                     Gary J. Greene

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com