# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re<br><br>**Terrence Hall,**<br><br>Objectant. | **Case No.: 16-20163**<br>**Chapter 13**<br><br>May 10, 2016 |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 10th day of May, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. **Documents Served:**

    1. Order Expediting Hearing (ECF No.: 28)
    2. Motion to Shorten Notice with Proposed Order (ECF No.: 27)*
    3. Motion to Borrow with Proposed Order (ECF No.: 25)*
    4. Objection to Claim 2, Affidavit, Exhibits A – D, and Proposed Order (ECF No.: 26)*

*Parties served via ECF with the foregoing documents were served on the 6th day of May, 2016 by operation of the court's electronic filing system.

2. **Parties Served via First Class Mail:**

    1. Terrence Hall
       51 Lenox Street
       Hartford, CT 06112

3. **Parties Served via ECF:**

    1. Suzann L. Beckett on behalf of Debtor Terrence Hall
       SuzannB@Beckett-Law.com

    2. Gary J. Greene on behalf of Creditor Hutton Capital Management, LLC
       bankruptcy@greenelawpc.com

    3. Cynthia Lauture on behalf of Creditor City of Hartford
       cynthia.lauture@hartford.gov

    4. Linda St. Pierre on behalf of Creditor JPMorgan Chase Bank, N.A.
       bankruptcy@huntleibert.com, lstpierre@huntleibert.com

5. U. S. Trustee
   USTPRegion02.NH.ECF@USDOJ.GOV

6. Molly T. Whiton
   mtwhiton@mtwhiton.com

Dated: May 10, 2016                    TERRENCE HALL

                                                   /s/ David Lavery
                                                 David Lavery (ct29971)
Beckett Law, LLC
543 Prospect Ave
Hartford, CT 06105
T: 860-236-1111
F: 860-236-0050
DavidL@beckett-law.com