## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Case no.: 16-20163 |
| **Terrence Hall,** | Chapter 13 |
| Debtors. | June 9, 2016 |

## AMENDED MOTION TO INCUR DEBT

TERRENCE HALL, (the "Movant"), by and through counsel, Beckett Law, LLC, hereby moves for permission to borrow the sum of $100,000.00 from the Hartford Loan Fund or other lender, which sum is sufficient to pay off the remaining plan balance due to Hutton Capital Management. In support thereof the Movant respectfully represents as follows:

1. On February 1, 2016 (hereinafter referred to as the "date of the filing") the Debtor filed a Chapter 13 bankruptcy petition.

2. Molly T. Whiton was duly appointed trustee.

3. The Debtor has a tentative offer to incur financing at a maximum amount of $100,000, depending upon final contractor estimates. As a result of conditions to close from the lender, the borrower also needs to complete critical structural rehabilitation to the foundation and roof, make the third apartment habitable, and remediate all code violations.

4. Based on information provided by the lender, the financing will be a hybrid loan for tax lien refinancing and rehabilitation, payable over 10 years. The tax lien refinancing bears interest at 10% per annum with no prepayment fees. The rehabilitation loan bears interest at a lower rate, so the final blended rate will be between 9-10%. Closing costs are estimated at $5,000, also to be financed. The Debtor has a tentative closing date of

June 30, 2016. Financing is to be provided through the Hartford Loan Fund, a nonprofit organization.

5. The Debtor is elderly and has limited income.

6. The proposed financing will allow the Debtor to spread out his tax obligation over a substantially longer period than the 36 months that is provided for in the plan at a lower rate of interest. This will make the Debtor's monthly payments more manageable.

7. A plan has not been confirmed.

8. The Movant wishes to borrow a sufficient sum to pay the balance due to Hutton Capital Management, LLC in full as well as complete critical structural rehabilitation.

**WHEREFORE**, the Movant respectfully requests that the Court enter an order permitting him to borrow, for the purposes set forth herein, and ordering such other and further relief to which the Movant is entitled at law or equity.

Dated:        June 9, 2016            TERRENCE HALL, DEBTOR

By: /s/ David Lavery
David Lavery (ct. 29971)
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT 06105
T: 860-236-1111
F: 860-236-0050
DavidL@beckett-law.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Case no.: 16-20163 |
| **Terrence Hall,** | **Chapter 13** |
| **Debtors.** | |

# PROPOSED
# ORDER GRANTING AMENDED MOTION TO INCUR DEBT

TERRENCE HALL (the "Movant"), having filed an Amended Motion to Incur Debt (the "Motion"), (ECF No.39), and it appearing that the relief in the Amended Motion to Incur Debt should be granted, it is hereby

ORDERED, that the Debtor is authorized to incur financing under the terms set forth in the Amended Motion.