United States Bankruptcy Court
District of Connecticut

In re:  
Terrence Hall  
    Debtor

Case No. 16-20163-amn  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0205-2     User: ldurrenbe     Page 1 of 1     Date Rcvd: Jun 09, 2016  
                        Form ID: 150     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2016.  
db          +Terrence Hall,   51 Lennox Street,   Hartford, CT 06112-2221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/Text: raicn001@hartford.gov Jun 09 2016 18:26:41     City of Hartford,  
             Corporation Counsel,   550 Main Street,   Hartford, CT 06103-2992  
                                                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr           Hutton Capital Management, LLC  
cr           JPMorgan Chase Bank, N.A.  
                                                                                                     TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2016 at the address(es) listed below:  
            Cynthia  Lauture    on behalf of Creditor    City of Hartford cynthia.lauture@hartford.gov  
            David  Lavery    on behalf of Debtor Terrence  Hall davidl@beckett-law.com  
            Gary J. Greene    on behalf of Creditor    Hutton Capital Management, LLC bankruptcy@greenelawpc.com  
            Linda  St. Pierre    on behalf of Creditor    JPMorgan Chase Bank, N.A. bankruptcy@huntleibert.com,  
            lstpierre@huntleibert.com  
            Molly T. Whiton    mtwhiton@mtwhiton.com  
            Suzann L. Beckett    on behalf of Debtor Terrence  Hall SuzannB@Beckett-Law.com,  
            Carlao@Beckett-Law.com  
            U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV  
                                                                                                       TOTAL: 7

# United States Bankruptcy Court
## District of Connecticut

*Filed & Entered*
*On Docket*
*June 9, 2016*

In re:
    Terrence Hall
                  Debtor*

Case Number: 16−20163 amn
Chapter: 13

### ORDER GRANTING MOTION FOR EXPEDITED HEARING

Debtor (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion to Expedite Hearing"), (ECF No. 40), in connection with a Amended Motion to Borrow, (the "Amended Motion to Borrow"), (ECF No. 39), it appearing that the relief in the Motion to Expedite Hearing should be granted, it is hereby

ORDERED, that a hearing to consider the Amended Motion to Borrow will be held on **June 23, 2016 at 11:00 AM at 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103**; and it is further

ORDERED, that service of the Order Granting the Motion for Expedited Hearing and the Amended Motion to Borrow must be made on all parties entitled to notice under applicable statutes and/or rules **on or before June 9, 2016** and it is further

ORDERED, that a certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before on June 16, 2016**.

Dated: June 9, 2016

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 150 − lad

*For the purposes of this order, "Debtor" means "Debtors" where applicable.