**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | |
| TERRENCE HALL | : | |
|       DEBTOR | : | CHAPTER 13 |
| | : | CASE NO:   16-20163 |
| | : | |
| | : | ECF NO. _____ |
| | : | |

FIRST APPLICATION FOR COMPENSATION

TO THE HONORABLE ANN M. NEVINS, U.S. BANKRUPTCY JUDGE:

      This Application is submitted by the undersigned Suzann L. Beckett, Esq. ("Applicant") pursuant to Federal Rules of Bankruptcy Procedure Rule 2016(a) seeking an Order from this Honorable Court approving the request for Attorney Fee Compensation in accordance with the representations below and the exhibits attached hereto.

      The undersigned represents as follow in support of this Application.

1. The undersigned was retained in or about November, 2015, for purposes of filing a Chapter 13 bankruptcy petition.
2. At the time the Applicant was retained, the Debtor's home was in imminent danger of foreclosure, and a tax foreclosure action was filed shortly thereafter.   Time was of the essence in proceeding with the bankruptcy filing.
3. The Chapter 13 petition was filed on or about February 1, 2016.
4. Prior to and during the pendency of this case, Applicant has provided extensive professional services including, but not limited to:
    a. Reviewing the Superior Court foreclosure matter and status;
    b. Reviewing and analyzing financial information, preparing a feasibility review;
    c. Preparing and filing a Chapter 13 petition, schedules & plan;

    d. Preparing for, attending, and representing Debtor at the 341 hearing;

    e. Reviewing claims for validity, researching various issues with regard to the tax debt; analysis of the legal and factual disputes regarding creditor claims of non-payment.

    f. Review Motion for Relief and other Pleadings filed by Creditor, Research current caselaw and Prepare Objections to Same.

    g. Holding numerous telephone and in-person conferences with client and staff to discuss matters arising from time to time;

    h. Various telephone conferences and emails with creditors and/or counsel for creditors.

    i. Preparing case for final confirmation, including conversations and emails with Trustee and the Trustee's staff;

    j. Attendance at one or more hearings for confirmation and/or to obtain a continued confirmation date.

5. During the course of representation, the Applicant has rendered extensive professional services to the Debtor. Attached hereto are time records for the 10 month period commencing in November, 2015 and continuing through July, 2016. Time records are identified in six (6) minute intervals.

6. Applicant has used other members of the Firm when doing so would reduce legal fees without causing a negative impact on the Debtor's representation. The total firm hours are 52.45, including both attorney and paralegal time, and totals approximately $15,725.25.

7. Applicant had agreed to accept the sum of $4,200.00 for pre-petition services provided, which has been paid in full.

8. Applicant has charged the sum of $4,500.00 for post-petition services. Applicant has received approval for all fees from Debtor.

9. The Applicant does hereby request this Court's approval of $8,700.00 in total fees, of which $4,500.00 of post-petition services are to be paid inside the plan. Said fee is approximately ½ of the actual billed services.

WHEREFORE, Applicant requests the following relief:

1. An Order of this Court authorizing and approving Applicant an award of interim compensation for professional services in the sum of $8,700.00, of which $4,500.00 remains due and owing.

2. Any and all other relief as the Court may deem just and equitable.

    /s/ Suzann L. Beckett
Suzann L. Beckett, Esq.
543 Prospect Avenue
Hartford, CT   06105
Ct:   02186
Tel:   860-236-1111
Fax:   860-236-0050