INVOICE NUMBER: 20
INVOICE DATE: JULY 15, 2016
DUE DATE: JULY 28, 2016

Terrence Hall
51 Lenox Street
Hartford, CT 06112

| DATE | USER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| OCT-21-15 | DMG | Telephone Conference with creditor attorney. | 0.20 | $95.00 | $19.00 |
| OCT-28-15 | DMG | Attention to Pleading. | 0.10 | $375.00 | $37.50 |
| NOV-19-15 | DMG | Telephone Conference with Client re pending foreclosure. | 0.20 | $375.00 | $75.00 |
| NOV-19-15 | DMG | Attention to File. Letter to Client re status. | 0.40 | $375.00 | $150.00 |
| NOV-24-15 | DMG | Meeting with Client. | 0.75 | $375.00 | $281.25 |
| DEC-01-15 | DMG | Attention to mail. | 0.10 | $95.00 | $9.50 |
| DEC-03-15 | DMG | Telephone Call with Client. | 0.50 | $95.00 | $47.50 |
| DEC-07-15 | DMG | Client meeting. | 1.00 | $375.00 | $375.00 |
| DEC-17-15 | DMG | Attention to Voluminous Client Documents. Begin preparation of Petition. | 1.50 | $95.00 | $142.50 |
| DEC-22-15 | DMG | Attention to Pleadings. | 0.30 | $375.00 | $112.50 |
| DEC-22-15 | DMG | Telephone Conference with creditor attorney. | 0.20 | $375.00 | $75.00 |
| DEC-23-15 | DMG | Telephone Conference with creditor attorney. | 0.30 | $375.00 | $112.50 |
| DEC-29-15 | DMG | Attention to Incoming Mail. | 0.10 | $375.00 | $37.50 |
| DEC-29-15 | DMG | Telephone Conference with Client. | 0.20 | $375.00 | $75.00 |
| JAN-04-16 | DMG | Telephone Conference with Client. | 0.30 | $95.00 | $28.50 |
| JAN-06-16 | DMG | Meeting with Client. | 0.40 | $95.00 | $38.00 |
| JAN-08-16 | DMG | Meeting with Client. | 0.30 | $95.00 | $28.50 |
| JAN-11-16 | DMG | Continued work on Petition. | 1.10 | $95.00 | $104.50 |

INVOICE NUMBER: 20

| DATE | USER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-19-16 | DMG | Attention to Pleadings. | 0.30 | $375.00 | $112.50 |
| JAN-20-16 | DMG | Attention to Numerous Client Documents. Review and Revise Petition. | 0.50 | $95.00 | $47.50 |
| JAN-21-16 | DMG | Telephone Conference with Client. | 0.20 | $95.00 | $19.00 |
| JAN-22-16 | DMG | Telephone Conference with Client. | 0.40 | $95.00 | $38.00 |
| JAN-22-16 | DMG | Review, revise and finalize Petition. Prepare Agenda and List of Outstanding items. Check pending litigation matters. Review title search. Internal Conference. | 2.60 | $95.00 | $247.00 |
| JAN-25-16 | DMG | Attention to Incoming Mail. | 0.10 | $375.00 | $37.50 |
| JAN-25-16 | DMG | Conference with Client to review and sign Petition. Discuss process. | 1.00 | $375.00 | $375.00 |
| FEB-01-16 | DMG | File Petition. | 0.30 | $375.00 | $112.50 |
| FEB-01-16 | DMG | Attention to Incoming Mail. Revise Chapter 13 Plan. Telephone Conference with Client. Letter to Client re Alternatives. | 1.10 | $375.00 | $412.50 |
| FEB-02-16 | DMG | Telephone Conference with Court clerk. | 0.20 | $375.00 | $75.00 |
| FEB-03-16 | DMG | Attention to Tax Returns. Meeting with Client. Discussion about Social Security issues. | 0.40 | $375.00 | $150.00 |
| FEB-08-16 | DMG | Attention to Pleadings. | 0.40 | $375.00 | $150.00 |
| FEB-09-16 | DMG | Attention to Newly provided documents from Client; Telephone Conference with Client. Attention to signed plan. | 0.40 | $375.00 | $150.00 |
| FEB-09-16 | DMG | Telephone Conference with Trustee's office. Review Judicial website for pending litigation matters. Letter to client with copy of Petition and Plan, etc. | 0.75 | $95.00 | $71.25 |
| FEB-10-16 | DMG | Attention to Incoming Mail. | 0.20 | $375.00 | $75.00 |
| FEB-18-16 | DMG | Telephone Conference with Client; Telephone Conference with Social Security; Letter to Social Security. Review Transaction history of Bank account. | 0.30 | $375.00 | $112.50 |
| FEB-18-16 | DMG | Attention to Incoming Mail. | 0.10 | $375.00 | $37.50 |

INVOICE NUMBER: 20

| DATE | USER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-23-16 | DMG | Left Message for Creditor attorney. | 0.10 | $375.00 | N/C |
| FEB-23-16 | DMG | Attention to Pleadings. | 0.10 | $375.00 | $37.50 |
| FEB-24-16 | DMG | Telephone Conference with Client. | 0.30 | $375.00 | $112.50 |
| FEB-25-16 | DMG | Attention to Incoming Mail. | 0.10 | $375.00 | $37.50 |
| FEB-25-16 | DMG | Attention to File. Pull and organize documents required for 341 Hearing. Letter to Trustee enclosing same. Telephone Conference with Client. Internal Conference. | 0.90 | $95.00 | $85.50 |
| MAR-02-16 | DMG | Attention to Mortgage Release. Telephone Call with Client re same. | 0.20 | $375.00 | $75.00 |
| MAR-07-16 | DMG | Attention to File. Letter to client re 341 hearing. | 0.40 | $375.00 | $150.00 |
| MAR-08-16 | DMG | Telephone Conference with Client. | 0.30 | $95.00 | $28.50 |
| MAR-09-16 | DMG | Attention to File. Review numerous documents provided by client. Internal Conference. | 0.50 | $375.00 | $187.50 |
| MAR-11-16 | DMG | Travel and attendance Attention to 341 hearing. Meeting with Client before and after 341. | 1.00 | $375.00 | $375.00 |
| MAR-14-16 | DMG | Lengthy Telephone Conference with Client re BK alternatives; Discussion of gas and water bills; Discussion of repairs and maintenance. | 0.40 | $375.00 | $150.00 |
| MAR-25-16 | DMG | Telephone Conference with Hartford Community Loan Fund. Telephone Conference with Client. | 0.30 | $375.00 | $112.50 |
| MAR-28-16 | DMG | Telephone Conference with Social Security. Telephone Conference with Client re DRS issues. | 0.20 | $95.00 | $19.00 |
| MAR-30-16 | DMG | Telephone Conference with Social Security. Telephone Conference with Client. | 0.40 | $95.00 | $38.00 |
| APR-04-16 | DMG | Telephone Conference with Social Security. Telephone Conference with Client. | 0.30 | $95.00 | $28.50 |
| APR-05-16 | DMG | Telephone Conference with Social Security. | 0.20 | $95.00 | $19.00 |

INVOICE NUMBER: 20

| DATE | USER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-06-16 | DMG | Attention to File.  Review outstanding issues. Telephone Conference with Naveed; Telephone Conference with Client. | 0.75 | $375.00 | $281.25 |
| APR-11-16 | DMG | Telephone Conference with Client. | 0.20 | $95.00 | $19.00 |
| APR-12-16 | DMG | Telephone Conference with DRS. | 0.20 | $95.00 | $19.00 |
| APR-19-16 | DMG | Attention to Pleadings. | 0.20 | $375.00 | $75.00 |
| MAY-04-16 | DMG | Client meeting. | 0.20 | $95.00 | $19.00 |
| MAY-04-16 | DMG | Telephone Conference with Client. | 0.30 | $375.00 | $112.50 |
| MAY-05-16 | DMG | Telephone Conference with Client. | 0.30 | $375.00 | $112.50 |
| MAY-05-16 | DMG | Review pleadings. Research Tax claims; Review proof of claim; Begin Objection to Claim; Affidavit, etc. Telephone Conference with Client. Prepare Motion to Borrow. | 3.70 | $375.00 | $1,387.50 |
| MAY-06-16 | DMG | File Motion to Borrow and Motion to Shorten Notice. Meeting with Client. | 0.90 | $375.00 | $337.50 |
| MAY-10-16 | DMG | Attention to Pleadings. Letter to client. | 0.40 | $375.00 | $150.00 |
| MAY-16-16 | DMG | Telephone Conference with Client; Telephone Conference with Social Security; Letter to Social Security. Review Transaction history of Bank account. | 0.10 | $375.00 | $37.50 |
| MAY-19-16 | DMG | Telephone conference with Creditor attorney. | 0.30 | $375.00 | $112.50 |
| MAY-20-16 | DMG | Attention to File.  Email to / from Creditor attorney. | 0.20 | $375.00 | $75.00 |
| MAY-23-16 | DMG | Review current case law; Prepare and file Objection to Motion. Email to / from Creditor Attorney. | 2.30 | $375.00 | $862.50 |
| MAY-24-16 | DMG | Email to / from Creditor Attorney. Telephone Conference with Creditor Attorney. | 0.10 | $375.00 | $37.50 |
| MAY-26-16 | DMG | Attention to Incoming Mail. | 0.10 | $375.00 | $37.50 |
| MAY-27-16 | DMG | Attention to Incoming Mail. | 0.10 | $375.00 | $37.50 |

INVOICE NUMBER: 20

| DATE | USER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-02-16 | DMG | Further research on tax claim. Telephone Conference with Client. Email to / from Creditor Attorney. | 1.40 | $375.00 | $525.00 |
| JUN-06-16 | DMG | Telephone Conference with Creditor Attorney. Telephone Conference with Client; Telephone Conference with HLF; Telephone Conference with Tax Collector. Work on possible Settlement Agreement. Internal Conference. | 2.20 | $375.00 | $825.00 |
| JUN-07-16 | DMG | Multiple Telephone Conference with HLF. Telephone Conference with Client; Left message for Court Deputy. Calls to / from creditor Counsel. Email to / from Creditor Attorney. Prepared, Circulated and Filed Settlement Agreement. | 4.10 | $375.00 | $1,537.50 |
| JUN-08-16 | DMG | Travel and Attendance Attention to Court for Motion to Borrow. Telephone Conference with Client. Review and File State Court notices. Telephone Conference with Superior Court clerk. Telephone Conference with Small Claims clerk. | 1.20 | $375.00 | $450.00 |
| JUN-09-16 | DMG | Review and Revise Amended M/Borrow and Shorten Notice. Attention to Bar Date and Claims. | 0.50 | $375.00 | $187.50 |
| JUN-09-16 | DMG | Telephone Conference with DRS and Attention to Tax Information and/or Returns.. | 0.20 | $95.00 | $19.00 |
| JUN-14-16 | DMG | Attention to Pleadings. Letter to client. | 0.50 | $375.00 | $187.50 |
| JUN-16-16 | DMG | Email to / from creditor attorney. | 0.10 | $375.00 | $37.50 |
| JUN-20-16 | DMG | Work on file in preparation for Hearing; Efile Appearance; Attention to Pleadings; Prepare File Summary; Internal Conference. | 1.25 | $95.00 | $118.75 |
| JUN-23-16 | DMG | Review file in preparation for Court; Internal Conference. Telephone Conference with HLF. Travel and Attendance in Court on Motion to Borrow. Telephone Conference with Client. | 2.00 | $375.00 | $750.00 |
| JUN-27-16 | DMG | Attention to Incoming Mail. | 0.10 | $375.00 | $37.50 |

INVOICE NUMBER: 20

| DATE | USER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-30-16 | DMG | Attention to Incoming Mail. | 0.10 | $375.00 | $37.50 |
| JUL-05-16 | DMG | Telephone Conference with HLF. Telephone Conference with Client. | 0.30 | $375.00 | $112.50 |
| JUL-07-16 | DMG | Attention to File. Letter to HLF . Telephone Conference with Client. | 0.30 | $375.00 | $112.50 |
| JUL-13-16 | DMG | Telephone Conference with Creditor Attorney. Prepare file for 7/28/16 Confirmation hearing. | 0.75 | $95.00 | $71.25 |
| JUL-13-16 | DMG | Review File; Attention to Outstanding Issues; Prepare Amended Plan; Meeting with Client to Review and Sign Plan. Discuss creditor concerns.  File Amended Plan. | 2.00 | $375.00 | $750.00 |
| JUL-14-16 | DMG | Telephone Conference with HLF. Re-review POCs. Memo to file re status. | 0.20 | $375.00 | $75.00 |
| JUL-28-16 | DMG | Anticipated time:  Telephone Conferences with Client and Trustee. Travel and Attendance Attention to Court for confirmation hearing. | 2.00 | $375.00 | $750.00 |

EXPENSES

No expenses for this billing period.

SUMMARY

| | | |
|---|---|---|
| Total amount of services | | $15,725.25 |
| Total amount of expenses | | $0.00 |
| Total All hours for this invoice | 52.45 | |
| Total No Charge hours for this invoice | 0.10 | |
| Total Billable hours for this invoice | 52.35 | |
| Total amount of this invoice | | $15,725.25 |

ACCOUNT INFORMATION

| | |
|---|---|
| Prior account balance | $0.00 |
| New charges (including this invoice) | $15,725.25 |
| Current account balance | $15,725.25 |

INVOICE NUMBER: 20

AMOUNT DUE: $15,725.25