# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re | ) | |
|    TERRENCE HALL, | ) | CHAPTER 13 |
|    DEBTOR | ) | CASE NO: 16-20163 |
| _____ | ) | |

## CERTIFICATE OF SERVICE
## AS TO FIRST APPLICATION FOR COMPENSATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002, and 7004, the undersigned certifies that the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1. Documents Served:
    a. Application for Compensation
    b. Proposed Order
    c. Notice of Hearing

2. Parties Served Via First Class Mail on July 26, 2016:
    a. Terrence Hall, 51 Lenox Street, Hartford, CT   06112

3. Parties Served Electronically on July 16, 2016 and July 22, 2016:
    a. Molly T. Whiton, Trustee (mtwhiton@mtwhiton.com)
    b. Office of the U.S. Trustee (USTPRegion02.NH.ECF@USDOJ.GOV)

Dated: July 26, 2016

                                                  /s/ Suzann L. Beckett_____
                                                  Suzann L. Beckett (ct02186)
                                                  Beckett Law, LLC
                                                  543 Prospect Avenue
                                                  Hartford, CT   06105
                                                  T: 860-236-1111
                                                  F: 860-236-0050
                                                  SuzannB@beckett-law.com